■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD MARTIN, Appellant. — Judgment of the Supreme Court, Kings County (Goldstein, J.), rendered February 1, 1983, affirmed (*People v Harris,* 100 AD2d 853; *People v Santiago,* 100 AD2d 857). Mollen, P. J., Titone, Lazer and Thompson, JJ., concur.